IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| CHARLES ARY, III, | ) | Case No. 3:12-cv-00192-JWS |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING** |
| | ) | **STIPULATION FOR DISMISSAL** |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Parties' Stipulation for Dismissal is GRANTED.

This matter is dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 11th day of September.

/s/ John W. Sedwick
U.S. District Court Judge